**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jimmy Lee SADLER, Defendant–Appellant.**

No. 03–6526.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 19, 2003.

Jimmy Lee Sadler, Appellant pro se.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jimmy Lee Sadler, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Sadler,* Nos. CR–93–160; CA–03–160–6–20AK (D.S.C. Feb. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*